Jason A. Geller (SBN 168149)
    E-Mail: jgeller@fisherphillips.com
Aaron M. Cargain (SBN 281336)
    E-Mail: acargain@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
PLEASANTON AUTOMOTIVE COMPANY,
LOP AUTOMOTIVE COMPANY LP, and
HAG AUTOMOTIVE INVESTMENTS LP

GREGORY R. DE LA PEÑA (SBN 126626)
Email: gdelapena@dlphlaw.com
DE LA PEÑA & HOLIDAY, LLP
601 Montgomery Street, Suite 700
San Francisco, California  94111
Telephone:   (415) 268-8000
Facsimile:   (415) 268-8180

Attorney for Plaintiff
BOB SLAP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB SLAP,<br><br>                Plaintiff,<br><br>  v.<br><br>PLEASANTON AUTOMOTIVE COMPANY, LOP AUTOMOTIVE COMPANY LP, HAG AUTOMOTIVE INVESTMENTS LP, and DOES 1 through 15, inclusive,<br><br>                Defendants. | Case No:  4:22-cv-05826-JST<br><br>[*Removed from Alameda County Superior Court, Case No. RG21106743*]<br><br>THE PARTIES' JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41; [PROPOSED] ORDER<br><br>Removed:         October 6, 2022<br>Complaint Filed:  July 28, 2021<br>Trial Date:        May 12, 2025 |

1  Plaintiff Bob Slap ("Plaintiff") on the one hand, and Defendants Pleasanton Automotive
2  Company, LOP Automotive Company LP, and HAG Automotive Investments LP (collectively,
3  "Defendants") on the other hand submit this Joint Stipulation pursuant to Federal Rule of Civil Procedure
4  41. Plaintiff and Defendants shall be collectively referred to as the "Parties" unless referred to
5  individually. The Parties, by and through their undersigned counsel of record, hereby submit this Joint
6  Stipulation and [Proposed] Order to request dismissal of the entire action with prejudice.

## RECITALS

WHEREAS, on July 28, 2021, Plaintiff filed a Complaint against Defendants in the Alameda County Superior Court, Case No. RG2110674.

WHEREAS, on October 6, 2022, Defendants removed Plaintiff's lawsuit to the United States District Court, Northern District of California, Case No. 3:22-cv-05826.

WHEREAS, on October 9, 2023, third party Eva Osborne ("Osborne") filed a Notice of Lien in relation to a money judgment she obtained against Plaintiff in a lawsuit she filed against the Parties in the Alameda County Superior Court, Case No. RG20058903. [DKT 36.]

WHEREAS, on March 7, 2024, the Parties mediated with Mediator Michael Ornstil and reached a settlement in principle that resolved all of the claims alleged by Plaintiff.

WHEREAS, on January 6, 2025, the Parties hereto executed a Confidential Settlement and General Release of All Claims which disposes of this lawsuit in its entirety.

WHEREAS, on January 9, 2025, Plaintiff filed a Notice of Settlement to inform this Court that the Parties reached a settlement that will resolve all claims in this action. [DKT 50.]

WHEREAS, on January 28, 2025, Osborne filed a Full Acknowledgment of Satisfaction of Judgment in relation to the Notice of Lien she filed in the instant matter. [DKT 53.]

WHEREAS, the Parties represent that Defendants have satisfied all conditions pursuant to the Confidential Settlement and General Release of All Claims such that this lawsuit and all of Plaintiff's claims against Defendants shall be dismissed with prejudice.

///
///
///

**STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiff, through his undersigned counsel, and Defendants, through their undersigned counsel, that this entire action should be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: ~~April~~ May 14, 2025

DE LA PEÑA & HOLIDAY, LLP

By: /s/ Gregory R. De La Peña
GREGORY R. DE LA PEÑA
Attorney for Plaintiff
BOB SLAP

Dated: May 16, 2025

FISHER & PHILLIPS LLP

By: /s/
Jason A. Geller
Aaron M. Cargain
Attorneys for Defendants
PLEASANTON AUTOMOTIVE COMPANY,
LOP AUTOMOTIVE COMPANY LP, and
HAG AUTOMOTIVE INVESTMENTS LP

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation submitted by the Parties through their respective counsel of record, and for good cause appearing, this entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 16, 2025

HONORABLE JUDGE JON S. TIGAR
United States District Judge